UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTY M. NORWOOD, and TIMOTHY P. NORWOOD, a married couple,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>HPA BORROWER 2018-1 LLC, (dba "Home Partners of America"), a foreign limited liability company licensed to do business in the State of Washington; and OPVHHJV LLC (dba "Pathlight Property Management") a foreign limited liability company licensed to do business in Washington State,<br><br>                    Defendants. | NO. C21-5843JLR<br><br>STIPULATION AND AGREED ORDER TO REMAND CASE TO STATE COURT |

## **STIPULATION**

COME NOW, the parties hereto, by and through their respective attorneys of record, and hereby stipulate to remand this case to Pierce County Superior Court.

DATED this 22nd day of December, 2021.

STIPULATION AND ORDER TO REMAND CASE TO STATE COURT - 1

OLSEN BRANSON PLLC

By [signature]
  Walter H. Olsen, Jr., WSBA #24462
  Attorneys for Defendants

LAKE LAW PLLC

By [signature], for
  Morgan L. Lake, WSBA #52789
  Attorneys for Plaintiffs
  ☑ via eMail authority

## ORDER

The Court having reviewed the Stipulation of the parties, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that this matter is hereby remanded to Pierce County Superior Court.

DATED this 22nd day of December, 2021.

[signature]
Honorable James L. Robart

Presented by:

OLSEN BRANSON PLLC

By [signature]
  Walter H. Olsen, Jr., WSBA #24462
  Attorneys for Defendants

AGREED TO, APPROVED AS TO FORM,
AND NOTICE OF PRESENTATION WAIVED:

LAKE LAW PLLC

By [signature], for
  Morgan L. Lake, WSBA #52789
  Attorneys for Plaintiffs
  ☑ via eMail authority